**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:18-cv-60412-GAYLES

BROWARD PSYCHOLOGY P.A.,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

JTH TAX, INC.
d/b/a LIBERTY TAX SERVICE,
a Delaware corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff hereby gives notice to the Court that the parties have reached a settlement. The parties contemplate finalizing and submitting a Stipulated Dismissal with Prejudice to the Court.

                                      */s/ Avi R. Kaufman*
                                      Avi R. Kaufman (Florida Bar No. 84382)
                                      KAUFMAN P.A.
                                      400 NW 26TH Street
                                      Miami, Florida 33127
                                      Telephone: (305) 469-5881
                                      Email: kaufman@kaufmanpa.com

                                      *Counsel for Plaintiff Broward Psychology P.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*