**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:18-cv-60412-GAYLES

BROWARD PSYCHOLOGY P.A.,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

JTH TAX, INC.
d/b/a LIBERTY TAX SERVICE,
a Delaware corporation,

    Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Broward Psychology, P.A. hereby dismisses its claims against Defendant JTH Tax, Inc. d/b/a Liberty Tax Service with prejudice with each party to bear its own attorneys' fees and costs.

    *s/ Avi R. Kaufman*
    Avi R. Kaufman (Florida Bar no. 84382)
    kaufman@kaufmanpa.com
    KAUFMAN P.A.
    400 NW 26th Street
    Miami, FL 33127
    Telephone: (305) 469-5881

    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Avi R. Kaufman*